James J. Carey and Frances Carey, His Wife, Plaintiffs-Appellees, v. Ada M. Lee, as Administratrix of the Estate of William M. Lee, Deceased, Lees Chemical Products Co., a Corporation, et al., Defendants-Appellants.

Gen. No. 48,190.

First District, Second Division.

January 30, 1962.

Rehearing denied April 13, 1962.

Jacob Levy, of Chicago, for appellants; Cherry & Morse appeared for appellees. Opinion by MR. JUSTICE BURKE. Not to be published in full.